USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SHELDON A. SUSSMAN,                              :        09 Civ. 8065 (SHS)

                        Plaintiff,      :

          -against-                             :        ORDER

RABOBANK INTERNATIONAL,                        :

                        Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.      Defendant's motion pursuant to Fed. R. Civ. P. 12(c) is due on or before November 18, 2009;

        2.      Plaintiff's response to defendant's motion and his cross motion are due on or before December 16, 2009;

        3.      Defendant's reply to its motion and its response to plaintiff's cross motion are due on or before January 11, 2010; and

        4.      Plaintiff's reply to its motion is due on or before January 29, 2010.

Dated: New York, New York
       November 12, 2009

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.